UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT N. KUMVACHIRAPITAG,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Case No. 16-cv-00706-JST<br><br>**ORDER TERMINATING PLAINTIFF'S MISCELLANEOUS MOTIONS**<br><br>Re: ECF Nos. 11, 14, 17 |

Currently before the Court are three motions filed by Plaintiff: a Motion to Issues Orders of Settlements and to Sending All Court's Copies to My Address, filed on March 21, 2016, ECF No. 11; a second motion with the same title filed on March 24, 2016, ECF No. 14; and a Motion to Sues All the States and the Federals, Entire Nations of the Entire Assets Holders and Entire properties Assets, Et. Al., filed on March 31, 2016, ECF No. 17. None of the motions contain a request for relief. Attached to some or all of the motions are a copy of summons, a filing fee payment receipt, copies of UPS mailing labels and receipts, and several photographs of various items in a briefcase.

Because the Court is not able to discern a request for judicial relief, the Court hereby terminates these motions.

IT IS SO ORDERED.

Dated: April 5, 2016

_____
JON S. TIGAR
United States District Judge