UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT N. KUMVACHIRAPITAG,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA,<br><br>   Defendant. | Case No. 16-cv-00706-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 30 |

On April 25, 2016, the Court granted a motion to dismiss Plaintiff's complaint for failure to state a claim, noting that the complaint was difficult to discern and contained "no factual allegations, causes of action, or requests for relief." ECF No. 26 at 1-2. The Court gave Plaintiff leave to file an amended pleading within fourteen days. Id. at 3.

Plaintiff has since filed three documents. Two appear to be motions, entitled "Motions to Amended Pleading Plaintiff's Complaints," ECF No. 27, and "Motions to Mandate My Complaints," ECF No. 29. The third document is entitled "Complaints, Et. Al." and has been filed as an Amended Complaint on CM/ECF. ECF No. 30. The Amended Complaint, however, appears to be identical in substance to the complaint previously dismissed by the Court, see ECF No. 1, and again contains no factual allegations, causes of action, or requests for relief. Similarly, the two motions filed by Plaintiff contain no factual allegations or legal claims. Plaintiff therefore has not attempted to remedy the deficiencies identified by the Court in its April 25, 2016 order.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE as to why this case should not be dismissed with prejudice in light of his failure to plead a plausible claim. Any

///

///

///

response to this order must be filed within fourteen (14) days of its issuance.  If no response is filed, the Court will dismiss the case with prejudice.

IT IS SO ORDERED.

Dated:  May 13, 2016

_____
JON S. TIGAR
United States District Judge