UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT N. KUMVACHIRAPITAG,<br>       Plaintiff,<br>   v.<br>BANK OF AMERICA,<br>       Defendant. | Case No. 16-cv-00706-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br>Re: ECF No. 31 |

On May 13, 2016, this Court issued an Order to Show Cause as to why this case should not be dismissed with prejudice. ECF No. 31. It noted that a prior motion to dismiss filed by Defendant had been granted on April 25, 2016 and that while Plaintiff had filed multiple documents since that date, none of them offered any amended allegations to support his claims. Id. Accordingly, the Court ordered Plaintiff to show cause, by May 27, 2016, why this case should not be dismissed with prejudice. Id.

Plaintiff responded by filing a document entitled "Motion to Show Cause," on May 23, 2016. ECF No. 33. As with Plaintiff's prior filings, however, the motion is difficult to discern and contains no factual allegations, legal arguments, or conclusions. Instead, it refers to "ENTIRE INTERNETS BANKING AND MOBILES BANKING OF THE STOLEN AND THEFTS OF ENTIRE DIGITAL PRODUCTS TECHNOLOGIES, THE INFRINGEMENT OF MY INTELLECTUAL PROPERTIES AND ENTIRE GREENS TECHNOLOGIES, ET. AL.," and appears to request an order for the "entire banking systems," the U.S. Federal Reserve, and the federal government to pay "$1,000,000,000,000.00+" into Plaintiff's bank account. Id.

The Court concludes that Plaintiff has failed to show cause why this case should not be dismissed. Accordingly, the case is dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  June 7, 2016

_____
JON S. TIGAR
United States District Judge